Andrew E. Smyth, Esq. SBN 60030
Stephen S. Smyth, Esq. SBN 248433
William J. Smyth, Esq. SBN 265374
SW SMYTH LLP
4929 Wilshire Boulevard, Suite 690
Los Angeles, California 90010
Telephone: (323) 933-8401
Facsimile: (323) 933-8401
e-mail: office@smythlo.com

Attorneys for Responding Party,
CLAIRE M. ALMEDA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>CLAIRE M. ALMEDA<br>        Debtor(s). | CHAPTER 13<br>BK. 2:19-bk-24639 -VZ<br><br>**ATTACHMENT OF EXHIBIT 'A' re; DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: February 11, 2020<br>Time: 9:30 a.m.<br>Place: Courtroom 1368<br>       255 E. Temple St.<br>       Los Angeles, Ca 90012<br><br>Judge: Hon. Vincent P. Zurzolo |
|---|---|

See attached Exhibit "A"---

DATED:    February 10, 2020

Respectfully submitted,

SW SMYTH LLP

By: /s/ Andrew E. Smyth
Andrew E. Smyth
Attorneys for Debtor

EXHIBIT "A"

TRANSMISSION VERIFICATION REPORT

TIME    : 12/17/2019
NAME    : FDX OFFICE
FAX     : 702-262-5324
TEL     :
SER.#   : 000G0N508089

DATE,TIME       12/17  14:22
FAX NO./NAME    18669608290
DURATION        00:02:04
PAGE(S)         07
RESULT          OK
MODE            STANDARD

Date: 1-23-2020

/s/ Claire M. Almeda
Signature of party
Claire M. Almeda
Printed name of party

Signature of second party (if applicable)

Printed name of second party (if applicable)

Signature of third party (if applicable)

Printed name of third party (if applicable)

Signature of fourth party (if applicable)

Printed name of fourth party (if applicable)

I consent to the above substitution.
Date: _____

/s/ Claire M. Almeda
Signature of present attorney
Claire M. Almeda
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: _____

/s/ Andrew E. Smyth
Signature of new attorney
Andrew E. Smyth
Printed name of new attorney

### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

| In re: | | CHAPTER: **13** |
|---|---|---|
| Claire M. Almeda | Debtor(s). | CASE NUMBER: 2:19-bk-24639-VZ |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4929 Wilshire Blvd, Suite 690
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **ATTACHMENT OF EXHIBIT 'A" re; DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/10/2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Harris L Cohen     hcohen00@aol.com
Nancy K Curry (TR)     TrusteeECFMail@gmail.com
Andrew Edward Smyth     office@smythlo.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 02/10/2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Attorney for Movants Magnum Property Investments, LLS
And Strategic Acquisitions, Inc.

Harris L. Cohen, Esq.
HARRIS L. CONEN, A PROF. CORP.
5305 Andasol Ave.
Encino, CA 91316

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 10, 2020 | Michelle Yi | /s/ Michelle Yi |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012    9013-3.1.PROOF.SERVICE